# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　Plaintiff(s),<br>vs.<br>Christopher Sterling Jones,<br>　　Defendant(s). | CR 09-02791-FRZ-DTF<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss Defendant's Indictment. (Doc. 20).

On June 7, 2010, Magistrate Judge D. Thomas Ferraro conducted a hearing and on June 11, 2010 issued his Report and Recommendation. (Doc. 25) A copy was sent to all parties. An Objection to Report and Recommendation was filed by Defendant on June 17, 2010. (Doc. 29) The Government filed its Response on July 1, 2010. (Doc. 30)

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that the Objections filed by Defendant are denied.

IT IS ORDERED that Magistrate Judge Ferraro's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Dismiss Defendant's Indictment is DENIED.

DATED this 27th day of July, 2010.

FRANK R. ZAPATA
United States District Judge

CNSL (Buchella)
AUSA (Clemens)